384 A.2d 1001

Renforth v. Wheeling-Pittsburgh Steel Corporation, et al., Appellants.

Argued November 22, 1977. John W. Jordan, IV, with him Bruce E. Woodske, for appellants; Michael W. Burns, for appellee, Wheeling-Pittsburgh Steel Corp.; Richard D. Gilardi, submitted a brief for appellee, Renforth.

Order affirmed.